# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1948

_____

Edward Thurman

*Plaintiff - Appellant*

v.

Queen, Sergeant, NCU; Downing, Lieutenant, NCU; Spurlock, Sergeant, NCU;
Stephen Williams, Warden, NCU; Billy Inman, Deputy Warden, NCU; Keith Day,
Building Mayor; Dexter Payne, Deputy Director, ADC; Barbara Williams, Inmate
Grievance Supervisor, ADC; John Doe, Corporal, NCU

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: December 21, 2017
Filed: January 5, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas Department of Correction inmate Edward Thurman appeals after the district court[1] adversely disposed of all of his claims, including dismissing some of his claims without prejudice for failure to exhaust administrative remedies. Also before the panel are Thurman's motions for appointment of counsel and for admission and production of documents.

After careful review, we conclude that the district court appropriately disposed of Thurman's claims. *See, e.g., King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (reviewing *de novo* dismissal for failure to exhaust administrative remedies). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Thurman's pending motions as moot.

———————————————

[1]The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.